COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-023-CV

IN RE PATRICK L. TAVE RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's “Motion for Leave to file Petition for Writ of Mandamus” and is of the belief that relief should be denied.  Accordingly, relator's “Motion for Leave to file Petition for Writ of Mandamus” is denied.

PER CURIAM

PANEL B: CAYCE, C.J.; LIVINGSTON and HOLMAN, JJ.

DELIVERED: January 21, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.